**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In Re:  Case No: 8:18-bk-06958-CPM
Chapter 7

Carisa Hines,
Debtor.

_____/

**DEBTOR'S RESPONSE TO MOTION FROM RELIEF FROM STAY**

Carisa Hines, Debtor, by and through her undersigned counsel files this Response to Creditor Cobblestone Landing Townhomes Condominium Association, Inc (the "Association), in the above captioned case and in support thereof states:

1. The Association filed a relief from Stay (Doc.No.6)
2. Debtor listed her home as exempt in the Petition and that it was her intent to retain her homestead.
3. Debtor is considering retaining the home and would like to know the arrearage amount.

**WHEREFORE**, the Debtor respectfully requests that the Court deny the Motion for Relief from Stay and for any other relief as the Court deems just.

Respectfully submitted,

**Sun Coast Law, LLC**

/s/ Shelley Hogue
Shelley Hogue, Esq.
Florida Bar No. 44184
150 N. Orange Ave., Suite 414C
Orlando, FL 32801
Telephone No.: (407) 413-8400
Primary Email: shogue@suncoast.law

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy hereof has been served by electronic delivery where indicated and or US MAIL to all parties listed below on September 7, 2018,

**US MAIL:**

**Carolyn R. Chaney**
Trustee
PO Box 530248
St. Petersburg, FL 33747

US Trustee
Office of the US Trustee- TPA 7/13
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL 33602

EMAIL:

Jacob Bair, Esq
jbair@blawgroup.com
301 W. Platt Street, #375
Tampa, FL 33606

                                          /s/ Shelley Hogue
                                          Shelley Hogue