UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Carisa Hines                                                    Case No. 8:18-bk-06958-CPM
                                                                Chapter 7

        Debtor.
_____/

**TRUSTEE'S RESPONSE TO**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, the Trustee, Carolyn R. Chaney, and responds to the Motion for Relief From Automatic Stay, filed at Doc. Nos. 6 and 9, for property located at 5385 Quarry Rock Road, Lakeland, FL 33809, and says:

1. The Trustee does not object to the relief sought in the motion; however requests the Court to delay the effective date of the Order lifting stay for a period of ninety (90) days in order to allow the Trustee the opportunity to market and sell the property utilizing the services of BK Global Real Estate Services.

DATED: September 24, 2018.            /s/Carolyn R. Chaney, Trustee
                                      Post Office Box 530248
                                      St. Petersburg, FL 33747-0248
                                      Telephone: (727) 864-9851
                                      Email: carolyn.chaney@earthlink.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by electronic or U.S. Mail delivery on September 24, 2018, to:

Office of U.S. Trustee, at USTPRegion21.TP.ECF@USDOJ.GOV
Debtor: Carisa Himes, 5385 Quarry Rock Road, Lakeland, FL 33809
Attorney for Debtor: Shelley K. Hogue, Esquire, 150 North Orange Avenue, Suite 414C,
    Orlando, FL 32801; Email: shogue@suncoast.law
Jacob Bair, Esquire, for Cobblestone Landing Townhomes Condominium Association, Inc., 301
    W. Platt Street, #375, Tampa, FL 33606; Email: jbair@blawgroup.com
Lindsey Savastano, Esquire, for Nationstar Mortgage LLC d/b/a Mr. Cooper, 2424 N.
    Federal Highway, Suite 360, Boca Raton, FL 33431; Email: Lavastano@LOGS.com.

                                                          /s/Carolyn R. Chaney, Esquire